(No. 75-CC-41— ▉▉▉▉▉▉▉▉▉▉)

FLORENCE CRITTENTON PEORIA HOME, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed November 12, 1974.*

WESTERVELT JOHNSON, NICOLL & KELLER, Attorneys
for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-78— ▉▉▉▉▉▉▉▉▉▉)

EDWARD J. BRONICKI, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed November 12, 1974.*

EDWARD J. BRONICKI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.